UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
DISTRICT OF FLORIDA

ORLANDO DIVISION

RODERICK PROCTOR and SHAWNA
PILGRIM PROCTOR, as parents
and natural guardians of
JONATHAN PROCTOR, a minor,

Case No.: 6:03-cv-1820-Orl-18JGG

    Plaintiffs,

vs.

UNITED STATES OF AMERICA,
d/b/a United States Postal Service
and KENNETH M. GURA, individually
and in his capacity as an employee
of the United State of America,
d/b/a United States Postal Service,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED PETITION
## FOR APPROVAL OF MINOR SETTLEMENT

THIS CAUSE comes before the Court's consideration upon an Unopposed Petition for Approval of Minor's Settlement for a personal injury claim filed by RODERICK PROCTOR AND SHAWNA PILGRIM PROCTOR, individually and as natural parents and guardians of the minor child JONATHAN PROCTOR a/k/a JONATHAN PILGRIM, a minor, and the Court having considered the Unopposed Petition finds:

1. The Petitioners, RODERICK PROCTOR, AND SHAWNA PILGRIM PROCTOR, are the natural parents, guardians and next friends of said minor of JONATHAN PROCTOR born January 10, 1994.

2. The Petitioners, RODERICK PROCTOR AND SHAWNA PILGRIM PROCTOR, believe that the settlement is fair, just and reasonable under the circumstances, fully comprehend the ramifications of this settlement, and have been represented and fully advised at all stages by competent counsel of their choice, and advice concerning this claim.

3. The settlement and distribution appears to be fair, just and in the best interest of the minor, JONATHAN PROCTOR. It is therefore:

**ORDERED AND ADJUDGED AS FOLLOWS:**

1. Petitioners, RODERICK PROCTOR, AND SHAWNA PILGRIM PROCTOR, individually and as natural parents and guardians of the minor child JONATHAN PROCTOR, are authorized to settle the minor's claim against the UNITED STATES OF AMERICA, d/b/a United States Postal Service as follows:

    a) UNITED STATES OF AMERICA, d/b/a United States Postal Service has agreed to pay the sum of $35,000.00 as full and final settlement of the subject claim; and

    b) Distribution of settlement proceeds will be distributed as follows: See copy of Proposed Closing Statement attached to Unopposed Petition as **Exhibit "B"**.

    | | |
    |---|---|
    | **GROSS RECOVERY** | $ 35,000.00 |
    | Attorneys' Fees | -$8,750.00 |
    | Costs | -$3,73.73 |
    | Prior Attorney's Costs | -468.60 |
    | Guardian Ad Litem Costs (Approximate) | -500.00 |
    | Unpaid Medical Bills | -10,330.61 |
    | *Delayed Cost Deposit | - 200.00 |

    **$10,777.06 NET PROCEEDS to the Parents as Natural Guardians for the Benefit of Jonathan Pilgrim to be placed in a Secure Long Term Investment Account.**

2. Petitioners have the Court's authorization to collect the above sums and to execute and deliver the Stipulation and Release binding on Petitioners and in favor of UNITED STATES OF AMERICA, d/b/a United States Postal Service.

    DONE and ORDERED in Orlando, Florida, this ___ day of April, 2005.

    _____
    G. KENDALL SHARP
    SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record